**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19512

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ghulam R. Doost,<br>       Debtors.<br>_____<br>First Horizon Home Loans, a division of First Tennessee Bank National Association<br>       Movant,<br>  vs.<br><br>Ghulam R. Doost, Debtors; Edward J. Maney, Trustee.<br><br>       Respondents. | No. 2:09-bk-31177-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #22)<br><br>Hearing Date: April 1, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated August 2, 2006, and recorded in the office of the Maricopa County Recorder wherein First Horizon Home Loans, a division of First Tennessee Bank National Association is the current beneficiary and Ghulam R. Doost have an interest in,

further described as:

LOT 39, SIERRA MONTANA PARCEL 5, ACCORDING TO BOOK 634 OF MAPS, PAGE 1, RECORDS OF MARICOPA COUNTY, ARIZONA; EXCEPT 1/2 OF ALL OIL, GAS AND MINERALS AS RESERVED IN DOCKET 854, PAGE 212, RECORDS OF MARICOPA COUNTY, ARZIONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

UNITED STATES BANKRUPTCY JUDGE